Argued February 28, affirmed April 17, reconsideration denied May 24,
rev_ den 283 Or 235 (1978)

NORTON, *Petitioner,*

*v.*

WEYERHAEUSER COMPANY, *Respondent.*

(WCB Case No. 76-4221, CA 9255)

577 P2d 102

David R. Vandenberg, Jr., P.C., Klamath Falls,
argued the cause and filed the brief for petitioner.

Elizabeth K. Reeve, Portland, argued the cause for
respondent. With her on the brief were James D.
Huegli, Ridgway K. Foley, Jr., and Souther, Spauld-
ing, Kinsey, Williamson & Schwabe, Portland.

Before Schwab, Chief Judge, and Johnson, Gillette
and Roberts, Judges.

ROBERTS, J.

## ROBERTS, J.

This case presents a claim for workers' compensation based on an alleged emotional trauma resulting from a foreman's reprimand. We do not reach the question of compensability of emotional trauma thus incurred, since the evidence presented at the hearing does not support a finding that the incident exacerbated claimant's preexisting emotional instability.

Affirmed.